IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MONIQUE GILLMING, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil No. 3:21-cv-00016-KDB |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Upon stipulation of the parties, it is hereby ordered that Defendant will pay Plaintiff $5,600.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick K. Arrowood, and mailed to P.O. Box 58129, Raleigh, North Carolina, 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

Additionally, Plaintiff shall be paid $402.00 in costs from the Judgment Fund by the U.S. Department of Treasury pursuant to 28 U.S.C. § 2412(a)(1).

Signed: February 7, 2022

Kenneth D. Bell
United States District Judge